## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| GLBT YOUTH IN IOWA SCHOOLS TASK FORCE d/b/a IOWA SAFE SCHOOLS, P.B.-P., by his parent and next friend, BELINDA SCARROTT; P.C. and A.C., by their parents and next friends, RICHARD and ULRIKE CARLSON; T.S., by her parent and next friend, ERIC SAYLOR; B.F.S., by their parents and next friends, BRIGIT and JOSEPH STEVENS; ROBERT SMITH, by his parents and next friends, JANE and JOHN SMITH; B.F., by their parent and next friend, LARA NEWSOM; JAMES DOE, by his parent and next friend, JOHN DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> KIM REYNOLDS, in her official capacity as Governor of the State of Iowa; MCKENZIE SNOW, in her official capacity as Director of the Department of Education; IOWA DEPARTMENT OF EDUCATION; IOWA STATE BOARD OF EDUCATION; IOWA CITY COMMUNITY SCHOOL DISTRICT; MATT DEGNER, in his official capacity as Iowa City Community School District Superintendent; MOLLY ABRAHAM, J.P. CLAUSSEN, CHARLIE EASTHAM, JAYNE FINCH, RUTHINA MALONE, MITCH LINGO, and LISA WILLIAMS, in their official capacities as board members of the Iowa City Community School District; SIOUX CITY COMMUNITY SCHOOL DISTRICT; ROD EARLEYWINE, in his official capacity as Sioux City Community School District Superintendent; DAN GREENWELL, LANCE EHMCKE, JAN GEORGE, TREYLA LEE, JOHN MEYERS, BOB MICHAELSON, and EARL MILLER, in their official capacities as board members of the Sioux City Community School District; URBANDALE COMMUNITY SCHOOL DISTRICT; ROSALIE DACA, in her official | Case No. 4:23-cv-474 <br><br><br><br> **NOTICE OF APPEARANCE OF LOGAN S. BRUNDAGE** |

| | |
|---|---|
| capacity as Urbandale Community School District Superintendent; KATHERINE HOWSARE, RACHEL KENT, JENNY MEADE, JASON MENKE, JULIE MITCHELL, STEVE RICHMAN, JOSH VAN RYSWYK, CARISSA WILLIAMS, and MARGARET YOUNG, in their official capacities as board members of the Urbandale Community School District; WATERLOO COMMUNITY SCHOOL DISTRICT; JARED SMITH, in his official capacity as Waterloo Community School District Superintendent; SUE FLYNN, JESSE KNIGHT, ASTOR WILLIAMS, LYLE SCHMITT, STACIE MILLS, JANELLE EWING, PAM ARNDORFER, and JEFF SOMMERFELDT, in their official capacities as board members of the Waterloo Community School District; WEST DES MOINES COMMUNITY SCHOOLS; MATT ADAMS, in his official capacity as West Des Monies Community Schools Superintendent; JEFF HICKS, MICHAEL ANDRESKI, ELIZABETH LARSON, LILA P. MONTOYA STARR, FANNETTE ELLIOTT, JILL CATON JOHNSON, and ANADELIA MORGAN, in their official capacities as board members of the West Des Moines Community Schools,<br><br>*Defendants*. | |

COMES NOW, Logan S. Brundage, of the law firm Ahlers & Cooney, P.C. and hereby enters his Appearance on behalf of Defendants, Iowa City Community School District; Matt Degner, in his official capacity as Iowa City Community School District Superintendent; Molly Abraham, J.P. Claussen, Charlie Eastham, Jayne Finch, Ruthina Malone, Mitch Lingo, and Lisa Williams, in their official capacities as board members of the Iowa City Community School District; Sioux City Community School District; Rod Earleywine, in his official capacity as Sioux City Community School District Superintendent; Dan Greenwell, Lance Ehmcke, Jan George,

Treyla Lee, John Meyers, Bob Michaelson, and Earl Miller, in their official capacities as board members of the Sioux City Community School District; Urbandale Community School District; Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent; Katherine Howsare, Rachel Kent, Jenny Meade, Jason Menke, Josh Van Ryswyk, Carissa Williams, and Margaret Young, in their official capacities as board members of the Urbandale Community School District; Waterloo Community School District; Jared Smith, in his official capacity as Waterloo Community School District Superintendent; Sue Flynn, Jesse Knight, Astor Williams, Lyle Schmitt, Stacie Mills, Janelle Ewing, Pam Arndorfer, and Jeff Sommerfeldt, in their official capacities as board members of the Waterloo Community School District; and West Des Moines Community Schools; Matt Adams, in his official capacity as West Des Moines Community Schools Superintendent; Jeff Hicks, Michael Andreski, Elizabeth Larson, Lila P. Montoya Starr, Fannette Elliott, Jill Caton Johnson, and Anadelia Morgan, in their official capacities as board members of the West Des Moines Community Schools (collectively, "School District Defendants"), in the above referenced matter.

/s/ *Logan Brundage*
Logan S. Brundage (AT0014942)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-0331
Facsimile:  515/243-2149
E-mail: lbrundage@ahlerslaw.com
**ATTORNEYS FOR SCHOOL DISTRICT DEFENDANTS**

**Electronically filed and served.**

| CERTIFICATE OF SERVICE | | |
|---|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: | | |
| | | December 19, 2023 |
| By: ☐ U.S. Mail | ☐ | Fax |
| ☐ Hand delivery | ☐ | Private Carrier |
| ☒ Electronically (*via CM/ECF*) | ☐ | E-mail |
| Signature: */s/ Rachel Ogden* | | |

4