# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| GLBT YOUTH IN IOWA SCHOOLS TASK FORCE d/b/a/ IOWA SAFE SCHOOLS, et al., *Plaintiffs,* v. KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, et al., *Defendants.* | Case No. 4:23-cv-00474-SHL-SBJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss all claims alleged in their Complaint (ECF No. 1) against Defendants JULIE MITCHELL and STEVE RICHMAN only. These Defendants have not accepted service of the Complaint, answered the Complaint, or moved for summary judgment. The motion to dismiss the School District Defendants filed on December 20, 2023 was not filed on behalf of Defendants Mitchell and Richman, *see* ECF No. 51-1 at 11 n.1, and in any event, a motion to dismiss is "not considered to be the equivalent of either an answer or a motion for summary judgment" for the purposes of Rule 41(a)(1)(A)(i). *Miller v. Wayne*, No. CIV. 14-4997 JRT/JSM, 2015 WL 2353021, at *1 (D. Minn. May 15, 2015). Rule 41(a)(1)(A)(i) dismissals "require no judicial action or approval and are effective automatically upon filing." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, Plaintiffs respectfully request that the Court take notice of this Notice of Voluntary Dismissal.

Dated:   December 26, 2023                                          Respectfully submitted,

/s/ Thomas D. Story

| | |
|---|---|
| Thomas D. Story, AT0013130 (Lead Counsel) | Camilla B. Taylor* |
| Rita Bettis Austen, AT0011558 | Kara Ingelhart* |
| Shefali Aurora, AT0012874 | Nathan Maxwell* ** |
| Sharon Wegner, AT0012415 | **Lambda Legal Defense** |
| **American Civil Liberties Union** | **   and Education Fund, Inc.** |
| **   of Iowa Foundation** | 65 E. Wacker Pl., Suite 2000 |
| 505 Fifth Avenue, Suite 808 | Chicago, IL 6060 |
| Des Moines, IA 50309 | (312) 663-4413 |
| (515) 243-3988 | ctaylor@lambdalegal.org |
| thomas.story@aclu-ia.org | kingelhart@lambdalegal.org |
| rita.bettis@aclu-ia.org | nmaxwell@lambdalegal.org |
| shefali.aurora@aclu-ia.org | |
| sharon.wegner@aclu-ia.org | Karen L. Loewy* |
| | Sasha J. Buchert* *** |
| Laura J. Edelstein* | **Lambda Legal Defense** |
| Katherine E. Mather* | **   and Education Fund, Inc.** |
| **Jenner & Block LLP** | 1776 K Street, N.W., 8th Floor |
| 455 Market Street, Suite 2100 | Washington, DC 20006-2304 |
| San Francisco, CA 94105 | (202) 804-6245 |
| (628) 267-6800 | kloewy@lambdalegal.org |
| LEdelstein@jenner.com | sbuchert@lambdalegal.org |
| KMather@jenner.com | |
| | Daniel R. Echeverri* |
| Anna K. Lyons* | Christopher J. Blythe* |
| Effiong Dampha* | **Jenner & Block LLP** |
| **Jenner & Block LLP** | 353 N. Clark Street |
| 515 S. Flower Street, Suite 3300 | Chicago, IL 60654 |
| Los Angeles, CA 90071-2246 | (312) 222-9350 |
| (213) 239-5100 | DEcheverri@jenner.com |
| ALyons@jenner.com | CBlythe@jenner.com |
| EDampha@jenner.com | |
| | Joshua J. Armstrong* |
| *Application for admission pro hac vice granted. | **Jenner & Block LLP** |
| ** Member of the Arizona bar. Practicing under the supervision of a member of the Illinois bar. | 1099 New York Avenue, NW, Suite 900 |
| | Washington, DC 20001 |
| | (202) 639-6000 |
| *** Member of the Oregon bar. Practicing under the supervision of a member of the DC bar. | JArmstrong@jenner.com |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Dated:  December 26, 2023 /s/  Thomas D. Story
Thomas D. Story, AT0013130
**American Civil Liberties Union**
  **of Iowa Foundation**
505 Fifth Avenue, Suite 808
Des Moines, IA 50309
(515) 243-3988
thomas.story@aclu-ia.org