IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA SAFE SCHOOLS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, et al.,<br><br>Defendants. | Case No. 4:23-cv-474-SHL-SBJ<br><br>**STATE DEFENDANTS' NOTICE OF APPEAL** |

Notice is hereby given that Defendants Kim Reynolds, McKenzie Snow, Iowa Department of Education, and Iowa State Board of Education ("State Defendants"), hereby appeal to the United States Court of Appeals for the Eighth Circuit, the district court's order (Dkt. 65), dated and filed on December 29, 2023, granting in part Plaintiffs' motion for a preliminary injunction, which was filed on November 28, 2023 (Dkt. 2).

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
Solicitor General

/s/ *Daniel Johnston*
Daniel Johnston
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building

Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
daniel.johnston@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |  |
|---|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on January 12, 2024: | |
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |
| Signature: */s/Daniel Johnston* | |