IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA SAFE SCHOOLS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00474-SHL-SBJ <br><br><br> **STATE DEFENDANTS' MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Defendants Kim Reynolds, McKenzie Snow, Iowa Department of Education, and Iowa State Board of Education ("State Defendants") respectfully move the Court for an order staying further proceedings pending the resolution of State Defendants' appeal of the Court's order granting in part Plaintiffs' motion for a preliminary injunction. In support of their motion, the Parties state as follows:

1. Plaintiffs filed this suit and moved for a preliminary injunction on November 28, 2023. (Dkt. 1.)

2. This Court held a hearing on the motion for a preliminary injunction on December 22, 2023. (Dkt. 60.)

3. On December 29, 2023, the Court issued an order granting in part Plaintiffs' motion for a preliminary injunction. (Dkt. 65.)

4. This Court's order acknowledged that the Parties "disagree on the proper formulation of the specific rights at issue; i.e., the First Amendment right *to do what?*" (Dkt. 65 at 22.) Continuing, the Court recognized that "existing Supreme

Court and Eighth Circuit precedent provide helpful guidance in some ways but very little clarity in others." *Id.* The Eighth Circuit will have the opportunity in the appeal of this preliminary injunction to clarify the standard and scope of the First Amendment as applied to SF496.

5. Moving forward with any further district court proceedings, including discovery, summary judgment, and trial, without that guidance could lead to significant duplication of efforts. Resolution on the underlying claims will be affected by the Eighth Circuit's eventual explanation of the applicable legal standard. Hopefully, that clarity will direct and give useful guidance to the claims brought in this case.

6. State Defendants filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit on January 12, 2024.

7. The appeal is currently docketed as *Iowa Safe Schools v. Reynolds*, No. 24-1075 (8th Cir.).

8. State Defendants also seek a stay in the case *Penguin Random House v. Robbins*, No. 24-1082 (8th Cir.), 4:23-cv-00478 (S.D. Iowa).

9. In the interest of judicial economy and efficiency, the State Defendants request a stay of further case proceedings until the preliminary injunction appeal has been resolved.

10. Counsel for the Parties certify that this motion is made in good faith and not for the purposes of delay.

11.     Plaintiffs oppose a stay, and the School District Defendants oppose a stay that would stay consideration of their motion to dismiss, but do not oppose staying discovery, summary judgment, or trial.

12.     State Defendants have no objection to a stay of proceedings that would allow for further consideration of the School Defendants' motion to dismiss in this case.

WHEREFORE, the Parties respectfully request that their motion be granted that that the Court stay further proceedings until State Defendants' appeal has been resolved.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
Solicitor General

/s/ *Daniel Johnston*
Daniel Johnston
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
daniel.johnston@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS