IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN IOWA SCHOOLS TASK FORCE; *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, *et al.*,<br><br>*Defendants.* | Case No.   4:23-cv-474<br><br>**MOTION TO ALLOW LIMITED DISCOVERY AND MOTION PRACTICE** |

Pursuant to the Court's Order Partially Lifting Stay (ECF No. 76), Plaintiffs IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN IOWA SCHOOLS TASK FORCE; P.B.-P., by his parent and next friend BELINDA SCARROTT; P.C. and A.C., by their parents and next friends, RICHARD and ULRIKE CARLSON; T.S., by her parent and next friend, ERIC SAYLOR; B.F.S., by their parents and next friends BRIGIT and JOSEPH STEVENS; ROBERT SMITH, by his parents and next friends JANE and JOHN SMITH; B.F., by their parent and next friend LARA NEWSOM; and JAMES DOE, by his parent and next friend JOHN DOE, by and through their undersigned counsel, move the Court to permit limited discovery and motion practice:

1. On November 28, 2023, Plaintiffs filed their complaint, alleging that Kim Reynolds, in her official capacity as Governor of the State of Iowa; Mckenzie Snow, in her official capacity as Director of the Department of Education; Iowa Department of Education; Iowa State Board of Education (collectively, "State Defendants"), along with five Iowa school districts, school officials, and school board members, had violated Plaintiffs' First and Fourteenth Amendment

1

rights and their rights under the Equal Access Act in connection with their interpretation and application of Senate File 496, 2023 Iowa Acts ch. 91 ("SF 496" or "the law"). (ECF No. 1.)

2.	On January 17, 2024, following the Court's grant of Plaintiffs' motion for preliminary injunction prohibiting enforcement of provisions of Senate File 496 (ECF No. 65), the State Defendants moved to stay all case deadlines while they appealed the Court's preliminary injunction order to the Court of Appeals for the Eighth Circuit. (ECF No. 69.) That same day, the Court granted the State Defendants' Motion to Stay. (ECF No. 70.)

3.	On February 5, 2024, the Court partially lifted the stay to, *inter alia*, "allow the GLBT Youth Plaintiffs to meet-and-confer with the State Defendants and School District Defendants to discuss the discovery and motion practice (if any) the parties believe is appropriate and necessary." (ECF No. 76 at 4-5.) Pursuant to this order, if the parties cannot reach agreement, they "may file a motion asking the Court to allow the discovery and/or motion practice the party or parties would like to pursue." (ECF No. 76 at 5.) Such a motion "must identify the discovery and/or motion practice the moving party wishes to pursue and why it is relevant and appropriate notwithstanding the pending appeal." (ECF No. 76 at 5.)

4.	The dispute on which this Motion seeks resolution is not whether the proposed discovery is objectionable under the Federal Rules of Civil Procedure, or whether the proposed motions should be granted. Pursuant to the Court's prior order, it is strictly whether such discovery and motion practice should be permitted pending the appeal.

5.	**Limited Discovery.** Plaintiffs have proposed to opposing counsel serving interrogatories and requests for production of documents pertaining to issues that remain before this Court while the Eighth Circuit appeal proceeds. (The proposed discovery are appended as Attachments A and B.)

6. **Motion Practice (Leave to Amend Complaint).** Plaintiffs also proposed to opposing counsel amending the Complaint in a targeted way that does not alter or add to the claims asserted against the State Defendants or amend any claims that are now on appeal in the Eighth Circuit. (A redlined comparison of the proposed Amended Complaint as it pertains to the Original Complaint is appended as Attachment C.)

7. Plaintiffs' proposed amended complaint would clarify the basis of Plaintiff Iowa Safe Schools' standing to challenge the forced outing provision, which was not enjoined and is not the subject to the current interlocutory appeal.

8. Plaintiffs' proposed amended complaint would further clarify how the forced outing provision harms Plaintiffs, as well other persons and organizations whose interests are represented but are not named as parties.

9. Plaintiffs' proposed amended complaint also would clarify allegations in the original Complaint describing how School District Defendants' various policies and practices, as well Superintendents' significant autonomy and discretion, implemented SF 496 in a way harmful to Plaintiffs that are not duplicative of each other.

10. **Motion Practice (Renewed Motion for Preliminary Injunction as to Forced Outing Provision**). Finally, Plaintiffs seek to renew their Motion for Preliminary Injunction as it pertains to the forced outing provision—the only aspect of SF 496 that the Court declined to consider based on the Court's preliminary conclusion that no Plaintiffs had standing to challenge it. The proposed amended complaint, along with additional declarations provided in support of the renewed motion, demonstrate Plaintiffs do have standing to challenge the forced outing provision—the only provision that remains in effect and continues to cause harm.

11. **Meet and Confer Requirements**. Counsel for Plaintiffs have exchanged emails and previously provided drafts of the proposed discovery and amended complaint. Counsel for all parties also have met in good faith *via* zoom conference call to discuss this matter and to seek agreement. The State Defendants agreed with the proposed discovery but the School District Defendants did not, preferring to not engage in discovery prior to a status discovery conference with the Court. None of the Defendants would agree to the filing of a Motion to Amend the Complaint or a renewed Motion for Preliminary Injunction. In the end, the attempt to proceed by consent was unsuccessful. (The email exchange with each defendant group is appended as Attachment D and E.)

12. This motion is presented in accordance with the Court's prior order. No additional briefing is required under Local Rule 7(d).

THEREFORE, Plaintiffs move the Court for an ORDER

(a) permitting Plaintiffs to serve limited discovery, consistent with the Interrogatories and Requests for Production appended as Attachments A & B;

(b) permitting Plaintiffs to file a Motion to Amend the Complaint, consistent with the attached redlined-compare draft appended as Attachment C; and

(c) permitting Plaintiffs to file a renewed Motion for Preliminary Injunction as to the Forced Outing Provision in SF 496.

Dated: May 21, 2024                                                      Respectfully submitted,

/s/Thomas D. Story
Thomas D. Story, AT0013130 (Lead Counsel)
Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
**American Civil Liberties Union**
  **of Iowa Foundation**
505 Fifth Avenue, Suite 808
Des Moines, IA 50309
(515) 243-3988
thomas.story@aclu-ia.org
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org

Laura J. Edelstein*
Katherine E. Mather*
**Jenner & Block LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105
(628) 267-6800
LEdelstein@jenner.com
KMather@jenner.com

Anna K. Lyons*
Effiong Dampha*
**Jenner & Block LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100
ALyons@jenner.com
EDampha@jenner.com

*Admitted pro hac vice.
** Member of the Arizona bar. Practicing
under the supervision of a member of the Illinois bar.

Camilla B. Taylor*
Nathan Maxwell* **
**Lambda Legal Defense**
  **and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 6060
(312) 663-4413
ctaylor@lambdalegal.org
nmaxwell@lambdalegal.org

Karen L. Loewy*
Sasha J. Buchert*
**Lambda Legal Defense**
  **and Education Fund, Inc.**
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
(202) 804-6245
kloewy@lambdalegal.org
sbuchert@lambdalegal.org

Daniel R. Echeverri*
Christopher J. Blythe*
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
DEcheverri@jenner.com
CBlythe@jenner.com

Joshua J. Armstrong*
**Jenner & Block LLP**
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
JArmstrong@jenner.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Dated: May 21, 2024                                         /s/Thomas D. Story
                                                            Thomas D. Story