# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 09, 2024

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

      RE:  24-1075  GLBT Youth in IA Schools, etc., et al v. Kimberly Reynolds, et al
           24-1082  Penguin Random House, LLC, et al v. John Robbins, et al

Dear Counsel:

     The court has issued an opinion in these cases. Judgment has been entered in accordance with the opinion.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                                Maureen W. Gornik
                                                Acting Clerk of Court

CRJ

Enclosure(s)

cc:     Joshua Armstrong
        Shefali Aurora
        Rita N. Bettis Austen
        Michael A. Bamberger
        Katherine Blankenship
        Christopher James Blythe
        Kirstie Ann Brenson
        Sasha Buchert
        Clerk, U.S. District Court, Southern Iowa
        Robert Corn-Revere

Effiong Dampha
Stuart F. Delery
Alexa Smedley Den Herder
Adam J. Diederich
Daniel Roberto Echeverri
Laura Joy Edelstein
Laura Foggan
Thomas Walter Foley
Kate M. Googins
Meera Sarina Gorjala
Greg Harold Greubel
Christy Ann Aumer Hickman
Joshua House
Abbey J. Hudson
Cathryn M. Johns
Becky S. Knutson
Mary Lindsay Krebs
Todd M. Lantz
Honorable Stephen H. Locher
Karen Loewy
Anna Lyons
Claire Madill
Katherine Mather
Nathan Maxwell
Alice O'Brien
Rebecca Hughes Parker
Elizabeth M. Penava
Katie Schoolen
Jason R. Smith
Frederick J. Sperling
Thomas Dillon Story
Camilla B. Taylor
Aaron Terr
Patrick Cannon Valencia
Jason Walta
Mark E. Weinhardt
Owen Richard Wolfe

District Court/Agency Case Number(s):   4:23-cv-00474-SHL
                                         4:23-cv-00478-SHL