IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA SAFE SCHOOLS, formerly known as GLBT Youth In Iowa Schools Task Force, BELINDA SCARROTT as Next Friend for P.B.-P., RICHARD CARLSON, as Next Friend for P.C. & A.C., ULRIKE CARLSON, as Next Friend for P.C. & A.C., ERIC SAYLOR, as Next Friend for T.S., BRIGIT STEVENS, as Next Friend for B.F.S., JOSEPH STEVENS, as Next Friend for B.F.S., JANE SMITH, as Next Friend for ROBERT SMITH, JOHN SMITH, as Next Friend for ROBERT SMITH, LARA NEWSOM, as Next Friend for B.F., JOHN DOE, as Next Friend for JAMES DOE, <br><br>    Plaintiffs, <br><br>vs. <br><br>KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, MCKENZIE SNOW, in her official capacity as Director of the Iowa Department of Education, IOWA DEPARTMENT OF EDUCATION, IOWA STATE BOARD OF EDUCATION, IOWA CITY COMMUNITY SCHOOL DISTRICT, SIOUX CITY COMMUNITY SCHOOL DISTRICT, URBANDALE COMMUNITY SCHOOL DISTRICT, WATERLOO COMMUNITY SCHOOL DISTRICT, WEST DES MOINES COMMUNITY SCHOOL DISTRICT, et al., <br><br>    Defendants. | Case No. 4:23-cv-00474 <br><br>**ORDER** |

  On September 25, 2024, the Court held a Status Conference at the joint request of the parties. As confirmed on the record at the Status Conference, the preliminary injunction in this case and related Southern District of Iowa Case No. 4:23-cv-00478 has been VACATED by the United States Court of Appeals for the Eighth Circuit and is therefore no longer in effect.

  During the Status Conference, the Court and counsel discussed, *inter alia*, the procedural posture of the case, including Plaintiffs' intention to file amended pleadings. The Court ORDERS Plaintiffs to file their amended pleadings on or before **October 18, 2024**. Within two weeks after the filing of Plaintiffs' amended pleadings, the parties must meet and confer to discuss, *inter alia*,

the following: (i) whether Defendants intend to move to dismiss the amended pleadings and, if so, the briefing schedule for such motion practice; and (ii) whether and to what degree the parties should be permitted to engage in discovery notwithstanding the filing of the motions to dismiss.

The Court is not setting a deadline for Plaintiffs to file a renewed motion for preliminary injunction, as whether and when to file such a motion is for Plaintiffs to decide, not the Court. If Plaintiffs intend to file a renewed motion, however, the Court strongly prefers that it be filed by the same deadline of **October 18, 2024.** This is because the nature and scope of the renewed motion may impact the parties' discussions regarding briefing schedules and discovery. If Plaintiffs file such a renewed motion, the parties' meet-and-confer should include the following additional topics: (iii) briefing schedule on the renewed motion; (iv) whether one or both sides intend to present evidence at the preliminary injunction hearing; (v) the expected length of the preliminary injunction hearing; and (vi) whether one or both sides contend that discovery is necessary or appropriate on the issues raised in the renewed motion. The parties are also, of course, encouraged to discuss any other matters at the meet-and-confer session that they believe will facilitate the efficient adjudication of the case, as well as to include the plaintiffs and defendants from Case No. 4:23-cv-00478 in such discussions.

If there are lingering disputes following the meet-and-confer session, the aggrieved party(ies) may file a motion seeking relief from the Court.

**IT IS SO ORDERED.**

Dated: September 25, 2024

STEPHEN H. LOCHER
U.S. DISTRICT JUDGE