# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN IOWA SCHOOLS TASK FORCE, et al., *Plaintiffs*, v. KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, et al., *Defendants*. | Case No.    4:23-cv-474 **PLAINTIFFS' MOTION TO PERMIT TELEPHONIC HEARING ACCESS** |

Plaintiffs move this Court to establish a dial-in number which the Plaintiffs and/or their representatives can use to listen to the hearing on their Renewed Motion for Preliminary Injunction scheduled for February 6, 2025. In support of their motion, the Plaintiffs state:

1. The Court has scheduled a hearing on the Plaintiff's renewed motion for preliminary injunction for 9:00 am on Feb. 6, 2025. The hearing will occur live at the United States Courthouse in Des Moines, room 265.

2. A number of the Plaintiffs or representatives live some distance from Des Moines and are unable to attend the hearing in person. They nonetheless wish to hear the proceedings. They will not give testimony or speak at the hearing and do not need the ability to be heard in the courtroom.

3. The Plaintiffs accordingly request that the Court establish a dial-in number from which parties to this lawsuit or their representatives may call in to listen to the hearing. The Plaintiffs and their representatives will listen for their own purposes only and will not record or broadcast the audio of the hearing.

WHEREFORE, the Plaintiffs pray this court for an order establishing a dial-in telephone number for the February 6, 2025 hearing.

Dated: January 31, 2025     Respectfully submitted,

/s/ _____

| | |
|---|---|
| Thomas D. Story, AT0013130 (Lead Counsel) | Camilla B. Taylor* |
| Rita Bettis Austen, AT0011558 | Nathan Maxwell* ** |
| Shefali Aurora, AT0012874 | Kenneth D. Upton, Jr.* |
| **American Civil Liberties Union** | **Lambda Legal Defense** |
| **of Iowa Foundation** | **and Education Fund, Inc.** |
| 505 Fifth Avenue, Suite 808 | 65 E. Wacker Pl., Suite 2000 |
| Des Moines, IA 50309 | Chicago, IL 60601 |
| (515) 243-3988 | (312) 663-4413 |
| thomas.story@aclu-ia.org | ctaylor@lambdalegal.org |
| rita.bettis@aclu-ia.org | nmaxwell@lambdalegal.org |
| shefali.aurora@aclu-ia.org | kupton@lambdalegal.org |
| | |
| Laura J. Edelstein* | Karen L. Loewy* |
| Katherine E. Mather* | Sasha J. Buchert* |
| **Jenner & Block LLP** | **Lambda Legal Defense** |
| 525 Market Street, 29th Floor | **and Education Fund, Inc.** |
| San Francisco, CA 94105 | 1776 K Street, N.W., 8th Floor |
| (628) 267-6800 | Washington, DC 20006-2304 |
| LEdelstein@jenner.com | (202) 804-6245 |
| KMather@jenner.com | kloewy@lambdalegal.org |
| | sbuchert@lambdalegal.org |
| | |
| Anna K. Lyons* | Daniel R. Echeverri* |
| Effiong Dampha* | Christopher J. Blythe* |
| **Jenner & Block LLP** | **Jenner & Block LLP** |
| 515 S. Flower Street, Suite 3300 | 353 N. Clark Street |
| Los Angeles, CA 90071-2246 | Chicago, IL 60654 |
| (213) 239-5100 | (312) 222-9350 |
| ALyons@jenner.com | DEcheverri@jenner.com |
| EDampha@jenner.com | CBlythe@jenner.com |
| | |
| *Admitted pro hac vice. | Joshua J. Armstrong* |
| ** Member of the Arizona bar. Practicing under the supervision of a member of the Illinois bar. | **Jenner & Block LLP** |
| | 1099 New York Avenue, NW, Suite 900 |
| | Washington, DC 20001 |
| | (202) 639-6000 |
| | JArmstrong@jenner.com |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

Dated: January 31, 2025          */s/ Thomas D. Story*
                     Thomas D. Story