IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN IOWA SCHOOLS TASK FORCE, et al., *Plaintiffs*, v. KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, et al., *Defendants*. | Case No. 4:23-cv-474 <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs, by and through their attorneys, submit this notice of opinion in *United States v. Iowa*, No. 24-2265, 2025 WL 287401 (8th Cir. 2025), in which the State argued that an Iowa law should be interpreted not to conflict with federal law, relying on Presumptions of Enactment found in Iowa Code sections 4.4(3) (presumption "[a] just and reasonable result is intended" by a statute), and 4.4(1) (presumption that "[c]ompliance with the Constitutions of the state and of the United States is intended"). The State Defendants have made the same argument in the instant matter. (Resp., ECF No. 128 at 5–6, 8).

In *United States v. Iowa*, the Eighth Circuit concluded that under Iowa court's rules of statutory interpretation, it could not "ignore the plain text of the statute." (*United States v. Iowa*, 2025 WL 287401 at *6, *9). Accordingly, the Eighth Circuit's opinion in *United States v. Iowa* rejects the statutory interpretation argument that State Defendants made in the instant matter, and supports Plaintiffs' position that Iowa's accepted canons of statutory construction require this Court to read and consider the plain text of SF 496, which is not reasonably open to a limiting construction that would render it constitutional.

Dated: January 31, 2025             Respectfully submitted,

/s/ _____

| | |
|---|---|
| Thomas D. Story, AT0013130 (Lead Counsel) | Camilla B. Taylor* |
| Rita Bettis Austen, AT0011558 | Nathan Maxwell* ** |
| Shefali Aurora, AT0012874 | Kenneth D. Upton, Jr.* |
| **American Civil Liberties Union** | **Lambda Legal Defense** |
| **of Iowa Foundation** | **and Education Fund, Inc.** |
| 505 Fifth Avenue, Suite 808 | 65 E. Wacker Pl., Suite 2000 |
| Des Moines, IA 50309 | Chicago, IL 60601 |
| (515) 243-3988 | (312) 663-4413 |
| thomas.story@aclu-ia.org | ctaylor@lambdalegal.org |
| rita.bettis@aclu-ia.org | nmaxwell@lambdalegal.org |
| shefali.aurora@aclu-ia.org | kupton@lambdalegal.org |
| | |
| Laura J. Edelstein* | Karen L. Loewy* |
| Katherine E. Mather* | Sasha J. Buchert* |
| **Jenner & Block LLP** | **Lambda Legal Defense** |
| 525 Market Street, 29th Floor | **and Education Fund, Inc.** |
| San Francisco, CA 94105 | 1776 K Street, N.W., 8th Floor |
| (628) 267-6800 | Washington, DC 20006-2304 |
| LEdelstein@jenner.com | (202) 804-6245 |
| KMather@jenner.com | kloewy@lambdalegal.org |
| | sbuchert@lambdalegal.org |
| | |
| Anna K. Lyons* | Daniel R. Echeverri* |
| Effiong Dampha* | Christopher J. Blythe* |
| **Jenner & Block LLP** | **Jenner & Block LLP** |
| 515 S. Flower Street, Suite 3300 | 353 N. Clark Street |
| Los Angeles, CA 90071-2246 | Chicago, IL 60654 |
| (213) 239-5100 | (312) 222-9350 |
| ALyons@jenner.com | DEcheverri@jenner.com |
| EDampha@jenner.com | CBlythe@jenner.com |
| | |
| *Admitted pro hac vice. | Joshua J. Armstrong* |
| ** *Member of the Arizona bar. Practicing under the supervision of a member of the Illinois bar.* | **Jenner & Block LLP** |
| | 1099 New York Avenue, NW, Suite 900 |
| | Washington, DC 20001 |
| | (202) 639-6000 |
| | JArmstrong@jenner.com |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.


Dated: January 31, 2025                        */s/ Thomas D. Story*
                                                         Thomas D. Story