IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN IOWA SCHOOLS TASK FORCE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, *et al.*,<br><br>*Defendants*. | Case No. 4:23-cv-00474-SHL-SBJ<br><br><br>**STATE DEFENDANTS' NOTICE OF APPEAL** |

Notice is hereby given that Defendants Kim Reynolds, in her official capacity as Governor of the State of Iowa, McKenzie Snow, in her official capacity as Director of the Iowa Department of Education, and John Robbins, in his official capacity as President of the Iowa State Board of Education ("State Defendants"), appeal to the United States Court of Appeals for the Eighth Circuit the district court's order (R. Doc. 141), dated and filed on May 15, 2025, granting in part Plaintiffs' renewed motion for a preliminary injunction, which was filed on October 19, 2024 (R. Doc. 115).

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
*Solicitor General*

Patrick C. Valencia
*Deputy Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR STATE
DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE | |
|---|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on June 13, 2025: | |
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |
| Signature: */s/ Eric Wessan* | |