**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN IOWA SCHOOLS TASK FORCE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, *et al.*,<br><br>*Defendants*. | Case No. 4:23-cv-00474-SHL-SBJ<br><br>**STATE DEFENDANTS' UNOPPOSED MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Kim Reynolds, in her official capacity as Governor of the State of Iowa, McKenzie Snow, in her official capacity as Director of the Iowa Department of Education, and John Robbins, in his official capacity as President of the Iowa State Board of Education ("State Defendants"), respectfully move the Court for an order staying further district court proceedings pending the resolution of State Defendants' appeal of the Court's order granting in part Plaintiffs' renewed motion for a preliminary injunction. School District Defendants consent to State Defendants' motion. In support of their motion, State Defendants state as follows:

1. After the Eighth Circuit vacated the first preliminary facial injunction in this case, Plaintiffs moved for leave to amend their complaint and renewed their motion for preliminary injunction on October 18, 2024. Dkts. 113, 114, 115, 121.

2. State Defendants opposed the renewed request. Dkt. 125.

3. This Court held a hearing on the renewed motion for a preliminary injunction on February 6, 2025. Dkt. 138.

4. On May 15, 2025, the Court granted in part Plaintiffs' renewed motion for a preliminary injunction. Dkt. 141.

5. Defendants timely filed their notice of appeal to the United States Court of Appeals for the Eighth Circuit on June 13, 2025. Dkt. 144.

6. The appeal is currently docketed as *ISS, et al. v. Reynolds, et al.*, No. 25-2186 (8th Cir.).

7. Moving forward with any further district court proceedings, without the Eighth Circuit's guidance could lead to significant duplication of efforts. Resolution on the underlying issues will be affected by the Eighth Circuit's explanation of the applicable legal standard in at least two key ways.

8. *First*, one central issue in this case turns on the outcome of the appeal in the related case, *Penguin Random House v. Robbins*, No. 25-1819 (8th Cir.). This Court adopted the reasoning in that case for granting the injunction here against State Defendants' enforcement of the Library Section. Appellants filed their opening brief in that case on June 13, 2025. The Eighth Circuit will now have the opportunity to weigh in on the appropriate First Amendment standards to apply to Plaintiffs' claims against the Library Section.

9. *Second*, statutory interpretation questions affect the propriety of the injunction as to the Instruction and Parental Notice Sections. State Defendants argued the proper interpretation of the law is narrower than that applied in the

order granting the preliminary injunction. The Eighth Circuit will now have the opportunity in the appeal to weigh in on the appropriate standards.

10. In the meantime, the district court's injunction remains in force.

11. In the interest of judicial economy and efficiency, State Defendants request a stay of further case proceedings until State Defendants' appeal has been resolved. *See* Order, *GLBT Youth v. Reynolds*, No. 24-1075 (8th Cir. May 28, 2024) (staying district court proceedings pending preliminary injunction appeal).

12. State Defendants' counsel certifies that this motion is made in good faith and not for the purposes of delay.

13. Plaintiffs do not oppose State Defendants' request for a stay.

14. The Court' scheduled a telephone status conference for June 23, 2025. Because State Defendants have appealed and seek to stay district court proceedings, that status conference is unnecessary and can be canceled.

WHEREFORE, State Defendants respectfully request their motion be granted and that the Court (1) stay further district court proceedings until State Defendants' appeal has been resolved and (2) cancel the June 23 status conference.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan
ERIC WESSAN
Solicitor General

PATRICK C. VALENCIA
Deputy Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-8770
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on June 16, 2025:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/ Eric Wessan