# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 06, 2026

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

    RE:  25-2186  Iowa Safe Schools, et al v. Kim Reynolds, et al

Dear Counsel:

    The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                      Susan E. Bindler
                      Clerk of Court

DNS

Enclosure(s)

cc:    Joshua Armstrong
       Shefali Aurora
       Rita N. Bettis Austen
       Ann Elizabeth Blackwell
       Christopher James Blythe
       Diane Brinkley
       Sasha Buchert
       Clerk, U.S. District Court, Southern Iowa
       Effiong Dampha
       Daniel Roberto Echeverri
       Laura Joy Edelstein

Christy Ann Aumer Hickman
Devin C Kelly
Justin D. Kingsolver
Becky S. Knutson
Annalisa C. Kolb
Elizabeth Catherine Kramer
Katherine Elmlinger Lamm
Karen Loewy
Karen Lou
Anna Lyons
Katherine Mather
Nathan A. Maxwell
Keira McNett
Alice O'Brien
Connor S.W. Rubin
Katie Schoolen
Kurt M. Steinhouse
Thomas Dillon Story
Camilla B. Taylor
Kenneth D Upton Jr.
Patrick Cannon Valencia
Jason Walta
Owen Richard Wolfe

District Court/Agency Case Number(s):   4:23-cv-00474-SHL