# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-2186

_____

Iowa Safe Schools, formerly known as GLBT Youth in Iowa Schools Task Force; Belinda Scarrott, Next friend P. B.-P.; Richard Carlson, Next friend A.C.; Ulrike Carlson, Next Friend A.C.; Eric Saylor, Next friend T.S.; Brigit Stevens, Next friend B.F.S.; Joseph Stevens, Next friend B.F.S.; Lara Newsom, Next friend B.F.; John Doe, Next friend James Doe; Daniel Gutmann; Alyson Telford

Plaintiffs - Appellees

v.

Kim Reynolds, in her official capacity as Governor of the State of Iowa; McKenzie Snow, in her official capacity as Director of the Department of Education; John Robbins, in his official capacity as President of the Iowa State Board of Education

Defendants - Appellants

Matt Degner, in his official capacity as Iowa City Community School District Superintendent; Molly Abraham, in their official capacities as board members of the Iowa City Community School District; Shawn Eyestone, in their official capacities as board members of the Iowa City Community School District; Charlie Eastham, in their official capacities as board members of the Iowa City Community School District; Jayne Finch, in their official capacities as board members of the Iowa City Community School District; Ruthina Malone, in their official capacities as board members of the Iowa City Community School District; Mitch Lingo, in their official capacities as board members of the Iowa City Community School District; Lisa Williams, in their official capacities as board members of the Iowa City Community School District; Rod Earleywine, in his official capacity as Sioux city Community School District Superintendent; Dan Greenwell, in their official capacities as board members of the Sioux City Community School District; Lance D. Ehmcke, in their official capacities as board members of the Sioux City Community School District; Jan George, in their official capacities as board members of the Sioux City Community School District; Treyla Lee, in their official capacities as board members of the Sioux City Community School District; John Meyers, in their official capacities as board members of the Sioux City Community School District; Bob Michaelson, in their official capacities as board members of the Sioux City Community School District; Earl Miller, in their official capacities as board members of the Sioux City Community School District; Rosalie Daca, in her official capacity as Urbandale Community school District Superintendent; Katherine Howsare, in their official capacities as board members of the Urbandale Community School District; Rachel Kent, in their official capacities as board members of the Urbandale Community School District; Jenny Meade, in their official capacities as board members of the Urbandale Community School District; Jason Menke, in their official capacities as board members of the Urbandale Community School District; Josh Van Rswyk, in their official capacities as board members of the Urbandale Community School District; Carissa Williams, in their official capacities as board members of the Urbandale Community School District; Margaret Young, in their official capacities as board members of the Urbandale Community School District; Jared

Smith, in his official capacity as Waterloo Community School District Superintendent; Jonathan Cox, in their official capacities as board members of the Waterloo Community School District; Jesse Knight, in their official capacities as board members of the Waterloo Community School District; Astor Williams, in their official capacities as board members of the Waterloo Community School District; Lyle Schmitt, in their official capacities as board members of the Waterloo Community School District; Stacie Mills, in their official capacities as board members of the Waterloo Community School District; Janelle G. Ewing, in their official capacities as board members of the Waterloo Community School District; Krystal Madlock, in their official capacities as board members of the Waterloo Community School District; Matt Adams, in his official capacity as West Des Moines Community Schools Superintendent; Jeff Hicks, in their official capacities as board members of the West Des Moines Community Schools District; Michael Andreski, in their official capacities as board members of the West Des Moines Community Schools District; Elizabeth Larson, in their official capacities as board members of the West Des Moines Community Schools District; Lila P. Montoya Starr, in their official capacities as board members of the West Des Moines Community Schools District; Fannette Elliott, in their official capacities as board members of the West Des Moines Community Schools District; Jill Caton Johnson, in their official capacities as board members of the West Des Moines Community Schools District; Anadelia Morgan, in their official capacities as board members of the West Des Moines Community Schools District

Defendants

------------------------------

State of Minnesota; PEN American Center, Inc.; Freedom to Read Foundation; Iowa Library Association; American Association of School Librarians; National Education Association; Iowa State Education Association; One Iowa; League of Women Voters of Iowa; Iowa School Counselor Association

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00474-SHL)

**JUDGMENT**

Before SMITH, ERICKSON, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the preliminary injunction issued in regards to Iowa Code § 256.11(9) (library restrictions), Iowa Code § 279.78(3) (parental notification law), and Iowa Code § 279.80(2) (instruction on gender identity/sexual

orientation) is vacated and the case is remanded to the district court for a determination on the

merits of Plaintiffs' claims in accordance with the opinion of this court.

April 06, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler