# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 25-2186

Iowa Safe Schools, formerly known as GLBT Youth in Iowa Schools Task Force, et al.

Appellees

v.

Kim Reynolds, in her official capacity as Governor of the State of Iowa, et al.

Appellants

Matt Degner, in his official capacity as Iowa City Community School District Superintendent, et al.

------------------------------

State of Minnesota, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00474-SHL)

---

## MANDATE

In accordance with the opinion and judgment of April 6, 2026, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

May 19, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit