IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

IOWA SAFE SCHOOLS f/k/a GLBT YOUTH IN
IOWA SCHOOLS TASK FORCE; BELINDA
SCARROTT as Next Friend for P. B.-P.; RICHARD
CARLSON, as Next Friend for A.C.; ULRIKE
CARLSON, as Next Friend for A.C.; ERIC SAYLOR,
as Next Friend for T.S.; BRIGIT STEVENS, as Next
Friend for B.F.S.; JOSEPH STEVENS, as Next Friend
for B.F.S.; LARA NEWSOM, as Next Friend for B.F.;
JOHN DOE, as Next Friend for JAMES DOE;
DANIEL GUTMANN; and ALYSON TELFORD,

     Plaintiffs,

  vs.

KIM REYNOLDS, in her official capacity as Governor
of the State of Iowa, MCKENZIE SNOW, in her official
capacity as Director of the Iowa Department of
Education; JOHN ROBBINS, in his official capacity as
President of the Iowa State Board of Education; MATT
DEGNER, in his official capacity as Iowa City
Community School District Superintendent; MOLLY
ABRAHAM, SHAWN EYESTONE, CHARLIE
EASTHAM, JAYNE FINCH, RUTHINA MALONE,
MITCH LINGO, and LISA WILLIAMS, in their official
capacities as board members of the Iowa City Community
School District; ROD EARLEYWINE, in his official
capacity as Sioux City Community School District
Superintendent; DAN GREENWELL, LANCE
EHMCKE, JAN GEORGE, TREYLA LEE, JOHN
MEYERS, BOB MICHAELSON, and EARL MILLER,
in their official capacities as board members of the Sioux
City Community School District; ROSALIE DACA, in
her official capacity as Urbandale Community School
District Superintendent; KATHERINE HOWSARE,
RACHEL KENT, JENNY MEADE, JASON MENKE,
JOSH VAN RSWYK, CARISSA WILLIAMS, and
MARGARET YOUNG, in their official capacities as
board members of the Urbandale Community School
District; JARED SMITH, in his official capacity as
Waterloo Community School District Superintendent;
JONATHAN COX, JESSE KNIGHT, ASTOR
WILLIAMS, LYLE SCHMITT, STACIE MILLS,

Case No. 4:23-cv-00474

**ORDER VACATING
PRELIMINARY INJUNCTION**

1

JANELLE EWING, and KRYSTAL MADLOCK, in their official capacities as board members of the Waterloo Community School District; MATT ADAMS, in his official capacity as West Des Moines Community Schools Superintendent; JEFF HICKS, MICHAEL ANDRESKI, ELIZABETH LARSON, LILA P. MONTOYA STARR, FANNETTE ELLIOTT, JILL CATON JOHNSON, and ANADELIA MORGAN, in their official capacities as board members of the West Des Moines Community School District,

        Defendants.

In a prior ruling, this Court entered an Order granting in part and denying in part Plaintiffs' motion for a preliminary injunction relating to the enforcement of a law referred to in the Order as Senate File 496. (ECF 141.) On appeal, the United States Court of Appeals for the Eighth Circuit "vacate[d] the preliminary injunction and remand[ed] to the district court for resolution of the merits of the claims." (ECF 153-1, p. 3.) The mandate later issued. (ECF 156.) In an abundance of caution—and consistent with the Eighth Circuit's ruling—the Court hereby confirms that the preliminary injunction it previously entered is VACATED and no longer in effect.

**IT IS SO ORDERED.**

Dated: June 12, 2026

_____

STEPHEN H. LOCHER
U.S. DISTRICT JUDGE