**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| GLBT YOUTH IN IOWA SCHOOLS TASK FORCE d/b/a/ IOWA SAFE SCHOOLS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, et al., <br><br> *Defendants.* | Case No. 4:23-cv-00474-SHL-SBJ <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's June 8, 2026 order, Plaintiffs and Defendants have met and conferred regarding any further proceedings. (Text Order, Dkt. 160). The parties submit this status report and proposed schedule for further proceedings.

As noted in the Parties' prior Joint Status Report (Dkt. 159), the Parties have begun discussions that may resolve the case. State Defendants informed Plaintiffs that the Department of Education intends to propose administrative rules that may, if adopted, impact or resolve some or all of Plaintiffs' requests for relief. State Defendants further informed Plaintiffs that the proposed administrative rules are expected to be made available in mid-August 2026.

Accordingly, to allow the parties time to review the proposed administrative rules and continue discussions regarding resolution of some or all of the claims, the Parties respectfully request that the Court enter the Proposed Scheduling Order, extending the Court's stay of this matter, including (1) any and all deadlines relating to the Defendants' filing of an Answer or Pre-Answer Motion to Dismiss; and (2) any deadline for Plaintiffs' filing of a Second Amended Complaint. Furthermore, no later than thirty (30) days after publication of the proposed rules, the Parties will apprise the Court of the status of their discussions, or, alternatively, provide a proposed

schedule for the filing of a Second Amended Complaint, conducting any necessary discovery, and

engaging in motion practice.

Dated: July 7, 2026

Respectfully submitted,

/s/ Thomas D. Story
Thomas D. Story, AT0013130
(Lead Counsel)
Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
**American Civil Liberties Union**
  **of Iowa Foundation**
505 Fifth Avenue, Suite 808
Des Moines, IA 50309
(515) 243-3988
thomas.story@aclu-ia.org
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org

Nathan Maxwell*
Camilla B. Taylor*
Kenneth D. Upton*
**Lambda Legal Defense and**
  **Education Fund, Inc.**
3656 N. Halsted
Chicago, IL 60613-5974
(312) 663-4413
nmaxwell@lambdalegal.org
ctaylor@lambdalegal.org
kupton@lambdalegal.org

Karen L. Loewy*
Sasha J. Buchert*
**Lambda Legal Defense and**
  **Education Fund, Inc.**
  815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org
sbuchert@lambdalegal.org

*Application for admission pro hac vice
granted.*

Laura J. Edelstein*
Katherine E. Mather*
**Jenner & Block LLP**
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
LEdelstein@jenner.com
KMather@jenner.com

Joshua J. Armstrong*
**Jenner & Block LLP**
1099 New York Avenue NW, Ste. 900
Washington, DC 20001
(202) 639-6000
JArmstrong@jenner.com

Christopher J. Blythe*
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
CBlythe@jenner.com

Anna K. Lyons*
Effiong Dampha*
**Jenner & Block LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100
ALyons@jenner.com
EDampha@jenner.com

*Counsel for Plaintiffs*

3

Eric H. Wessan
(Lead Counsel)
Patrick Cannon Valencia
IOWA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1305 E WALNUT STREET
DES MOINES, IA 50319
515-823-9117
Eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov


*Counsel for State Defendants*

Lindsay A. Vaught
(Lead Counsel)
Miriam D. Van Heukelem
Emily A. Kolbe
AHLERS & COONEY
100 COURT AVENUE
SUITE 600
DES MOINES, IA 50309
515-246-0333
515-246-0362
515-243-2149 (fax)
lvaught@ahlerslaw.com
mvanheukelem@ahlerslaw.com
ekolbe@ahlerslaw.com


*Counsel for School District Defendants*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk

of Court by using the CM/ECF system.

Dated:   July 7,  2026                                                        */s/ Thomas D. Story*
                                                                                   Thomas D. Story